U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Ace Quick Lube, Inc., on behalf of itself and all others similarly situated, vs. Champion Laboratories, Inc., et al. | FILED: AUGUST 27, 2008<br>08CV4905<br>JUDGE DOW<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AO
Plaintiff Ace Quick Lube, Inc.

| NAME (Type or print) |
|---|
| Michael J. Freed |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael J. Freed |

| FIRM |
|---|
| Freed Kanner London & Millen LLC |

| STREET ADDRESS |
|---|
| 2201 Waukegan Road, Suite 130 |

| CITY/STATE/ZIP |
|---|
| Bannockburn, IL 60015 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0869120 | (224) 632-4500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |